IN THE SUPREME COURT

| | | | |
|---|---|---|---|
| 188A15 | Jeffrey Huggins, Employee v. Marlatex Corporation, Employer, and New Hampshire Insurance, Carrier | 1. Plt's *Pro Se* Notice of Appeal Based Upon a Constitutional Question (COA14-1232)<br><br>2. Defs' Motion to Dismiss Appeal | 1. —<br><br><br><br>2. Allowed |
| 192P15 | Erin Isenberg v. North Carolina Department of Commerce, Division of Employment Security | Petitioner's PDR Under N.C.G.S. § 7A-31 (COA14-808) | Denied |
| 199P15 | State v. Brent Tyler Miller | State's PDR Under N.C.G.S. § 7A-31 (COA14-1310) | Allowed |
| 213P15 | In the Matter of the Foreclosure of Deed of Trust Executed by Daryl O. Sutton and Shonda J. Sutton in the Original Amount of $136,000.00 Dated April 14, 2005, Recorded in Book 6297, Page 1933, Guilford County Registry, Substitute Trustee Services, Inc., Substitute Trustee | Respondents' PDR Under N.C.G.S. § 7A-31 (COA14-761) | Denied |
| 224P15 | In the Matter of Foreclosure of the Deeds of Trust Executed by Grover C. Brown and Wife, Margaret C. Brown Dated April 1, 1980, Recorded in Book 949, Page 109, and Book 949, Page 111 of the Buncombe County Registry | 1. Petitioners' (Grover & Margaret Brown) PDR Under N.C.G.S. § 7A-31 (COA14-937)<br><br>2. First Choice Title, LLC's Conditional Motion for Leave to File Amicus Brief<br><br>3. Petitioners' (Grover & Margaret Brown) Motion to Amend PDR<br><br>4. Petitioners' (Grover & Margaret Brown) Second Motion to Amend PDR | 1. Allowed<br><br><br><br>2. Allowed<br><br><br>3. Allowed<br><br><br>4. Allowed |
| 225P15 | State v. Connie Prentice Reaves | Def's *Pro Se* PDR Under N.C.G.S. § 7A-31 (COA14-1055) | Denied |
| 230A15 | Branch Banking & Trust Company v. Peacock Farm, Inc., et al. | Plt's Motion to Supplement the Record | Allowed **09/16/2015** |